GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
John R. Funk, Esq.
Nevada State Bar No. 12372
jfunk@gundersonlaw.com
Luke A. Walker, Esq.
Nevada State Bar No. 14429
lwalker@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Incline Capital Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INCLINE CAPITAL GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>OPTUM SERVICES, INC., a Delaware and Connecticut corporation; and DOES 1 – 10, inclusive,<br><br>Defendants.<br>_____/ | Case No. 3:20-cv-00523<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED between the parties, by and through their undersigned counsel, that Plaintiff / Counter-Defendant, RICHARD COLEMAN, an individual ("Coleman"); and Defendant / Counterclaimant, DEBRA DRUM, an individual ("Drum"), by and through their counsel of record, have reached a resolution of their claims and, for good cause, stipulate and agree that this action shall be immediately dismissed with prejudice, in its entirety, with each party to bear their own

///

///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED this __5th__ day of __January__, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

DATED this 5th day of January, 2021.

GUNDERSON LAW FIRM

*/s/ John R. Funk, Esq.*
Mark H. Gunderson, Esq. NSB 2134
John Funk, Esq. NSB 12372
*Attorneys for Incline Capital Group*

DATED this 5th day of January, 2021.

DORSEY & WHITNEY LLP

*/s/ Erik A. O. Ruzicka, Esq.*
Eric A.O. Ruzicka, Esq. (pro hac vice)
Anna K.B. Finstrom, Esq. (pro hac vice)

FENNEMORE CRAIG P.C.

John D. Tennert, III NSB 11728
*Attorneys for Optum Services, Inc.*

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the law office of Gunderson Law Firm, and that on the 5th day of January, 2021, I electronically filed the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

Eric A.O. Ruzicka (admitted pro hac vice)
Anna K.B. Finstrom (admitted pro hac vice)
DORSEY & WHITNEY LLP 50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
ruzicka.eric@dorsey.com
finstrom.anna@dorsey.com

John D. Tennert, III
FENNEMORE CRAIG P.C.
7800 Rancharrah Parkway
Reno, NV 89511
*jtennert@fclaw.com*
*Attorneys for Optum Services, Inc.*

/s/ Ga'Brieala Mitchell
Ga'Brieala Mitchell